**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
P.O. Box 652
Newark, New Jersey 07101-0652
(973) 622-4444
(973) 624-7070 (FAX)
Attorneys for Defendants
    Zimmer Holdings, Inc. and Zimmer, Inc.

EJF - 3747 (Edward J. Fanning, Jr., Esq.)
ZR - 4330 (Zane C. Riester, Esq.)

| | |
|---|---|
| MARK KEVIN NUNN,<br><br>                    Plaintiff,<br><br>v.<br><br>ZIMMER HOLDINGS, INC. and ZIMMER, INC.<br><br>                    Defendants. | : UNITED STATES DISTRICT COURT<br>: FOR THE DISTRICT OF NEW JERSEY<br>: Civil Case No. 2:10-cv-03935<br>:<br>: MDL No. 2158<br>:<br>: **STIPULATION OF DISMISSAL**<br>: **WITH PREJUDICE**<br>: |

The matter in difference in the above entitled action having been amicably resolved by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party.

| | |
|---|---|
| LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>Attorneys for Plaintiff Mark Kevin Nunn | MCCARTER & ENGLISH, LLP<br>Attorneys for Defendant Zimmer Holdings,<br>Inc., and Zimmer, Inc. |
| By: _[signature]_<br>     Wendy R. Fleishman<br><br>Dated: 1/24/11 | By: _[signature]_<br>     Edward J. Fanning, Jr.<br>     A Member of the Firm<br>Dated: 1/24/11 |

So Ordered this 25th day of January, 2011

_[signature]_ Susan D. Wigenton, U.S.D.J.

BDDB01 6454101v1